***** **AFFIDAVIT OF SERVICE** *****                                    12/05/2007

HERIFFS NUMBER: S07006408          DEFENDANT SEQUENCE 1 OF 1
YPE OF SERVICE...                    Summons and Complaint

RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **STEPHEN LANZANO**
ND APPOINT TO BE MY DEPUTY. TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP - COUNSELLORS<br>42  BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004 | 9399<br><br>CONTROL # 12336 | 28.00 |

**COURT DATA**                                                          ASOHNEN

COURT OF ISSUANCE: US District Court

WRIT EXPIRATION:                    STATE: NY        COUNTY OF VENUE: Southern District

COURT DOCKET #:    07CIV8728        **CAPTION OF CASE**

NAME:          SERGIO GALLEGOS AND NELLY CABRERA
         VS    HILLMAN ENVIORONMENTAL GROUP, LLC,

**DEFENDANT OR NAMED WITHIN TO BE SERVED**

NAME:          HILLMAN ENVIORONMENTAL GROUP, LLC,

ADDRESS:       1600 ROUTE 22 EAST
               UNION, NJ 07083

**PAPERS SERVED**

UMMONS & COMPLAINT, OUT OF STATE REQUIRE DESCRIPTION

**SERVICE DATA RECORDED**

☒ SERVED SUCCESSFULLY      ☐ UNABLE TO SERVE        NUMBER OF ATTEMPTS _____
        DATE: 12/20/07  TIME: 10:30                  DATE: 12/17/07   DATE: _____
                                                     TIME: 10:45      TIME: _____
REMARKS: _____        
                                                     DATE: _____    DATE: _____
                                                     TIME: _____    TIME: _____

☐ PERSONALLY DELIVERED   ☒ OFFICER   ☐ MANAGING AGENT   ☐ REGISTERED AGENT

☐ COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER   ☐ AGENT AUTHORIZED TO ACCEPT
                                              ☐ IS IN THE MILITARY   ☐ NOT IN THE MILITARY

PERSON SERVED: JOHN B. GLASS JR. - SENIOR V.P.
                        (TITLE/RELATIONSHIP)

SEX:    ☒ MALE      ☐ FEMALE
SKIN:   ☒ WHITE     ☐ BLACK     ☐ YELLOW      ☐ BROWN       ☐ RED
HEIGHT: ☐ UNDER 5 FT.  ☐ 5.0 - 5.6 FT.  ☒ 5.7 - 6.0 FT.  ☐ OVER 6 FT.
WEIGHT: ☐ UNDER 100 LBS.  ☐ 100 - 150 LBS.  ☒ 151 - 200 LBS.  ☐ OVER 200 LBS.
HAIR:   ☐ BLACK   ☒ BROWN   ☐ BLOND   ☐ GRAY   ☐ RED   ☐ WHITE   ☒ BALDING
AGE:    ☐ 14 - 20   ☐ 21 - 35   ☒ 36 - 50   ☐ 51 - 65   ☐ OVER 65

SWORN TO AND SUBSCRIBED
BEFORE ME ON                                              SIGNATURE
                                            SHERIFF'S OFFICER OF UNION COUNTY
NOTARY                                            STATE OF NEW JERSEY
My Commission Expires Dec. 3, 2009