William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)

_____X

SERGIO GALLEGOS AND NELLY CABRERA,

                                  V.          **NOTICE OF ADOPTION**

BROOKFIELD FINANCIAL PROPERTIES, L.P.,
ET. AL.,          CASE NUMBER: (AKH)
                                                        07 CV 8728
_____X

      PLEASE TAKE NOTICE THAT Defendant Brookfield Financial Properties, L.P. ("Brookfield"), as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopts the Brookfield Parties' Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

      WHEREFORE, Brookfield demands judgment dismissing the above captioned action as against it, together with their cost and disbursements.

Dated: New York, New York
      May  6  2008

                              Faust, Goetz, Schenker & Blee, LLP

                              By: William J. Smith (WJS-9137)
                              Attorneys for the Brookfield Parties
                              Two Rector Street, 20th Floor
                              New York, NY 10006
                              (212) 363-6900